UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA B. STRONG,

    Plaintiff,

v.                                              Case No: 8:16-cv-1757-T-36AAS

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on January 10, 2018 (Doc. 156). In the Report and Recommendation, Magistrate Judge Sansone recommends that GEICO's Verified Motion to Tax Costs (Doc. 153) be GRANTED in part and DENIED in part as follows: (1) the motion be DENIED as to the $1,255.00 in videography costs; (2) the motion be DENIED as to copying costs exceeding $2,316.73 ($560.25 for inhouse copy costs and $1,756.48 for third party vendor copy costs); and (3) the motion be GRANTED as to all other costs for a total costs award of $5,854.46. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1)  The Report and Recommendation of the Magistrate Judge (Doc. 156) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)  GEICO's Verified Motion to Tax Costs (Doc. 153) is **GRANTED in part and DENIED in part** as follows: (1) the motion is DENIED as to the $1,255.00 in videography costs; (2) the motion is DENIED as to copying costs exceeding $2,316.73 ($560.25 for in-house copy costs and $1,756.48 for third party vendor copy costs); and (3) the motion is GRANTED as to all other costs for a total costs award of $5,854.46.

(3)  The Clerk is directed to tax costs in favor of Defendant GEICO General Insurance Company and against Plaintiff Patricia B. Strong in the amount of $5,854.46.

**DONE AND ORDERED** at Tampa, Florida on January 31, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record